# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MCNAB,<br>    Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM,<br>    Defendant. | SACV 22-0843 DSF (E)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendant's Motion to Dismiss, Plaintiff's Opposition to the Motion to Dismiss, records on file, Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report.  The Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected.  The Court overrules the Objections, accepts the Report, and adopts it as its own findings and conclusions.

    Accordingly, Defendant's Motion to Dismiss is GRANTED, and the First Amended Complaint and this action are DISMISSED without leave to amend and with prejudice.

    IT IS SO ORDERED.

Date: April 7, 2023

                                                                      Dale S. Fischer<br>
                                                                      United States District Judge