JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MCNAB,<br>　　Plaintiff,<br><br>　　　　v.<br><br>GAVIN NEWSOM,<br>　　Defendant. | SACV 22-0843 DSF (E)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Complaint and this action are DISMISSED without leave to amend and with prejudice.

　　IT IS SO ORDERED.

Date: April 7, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　United States District Judge